# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17MJ0079 |
| | : | |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JESUS ABREGO-CERNA, | : | |
| | : | |
| Defendant. | | |

## BINDOVER ORDER

This matter was set for preliminary examination on March 22, 2017.  Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

March 23, 2017                                                   s/ Sharon L. Ovington
                                                                         Sharon L. Ovington
                                                                         United States Magistrate Judge