# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-mj-79 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JESUS ABREGO-CERNA, | : | |
| Defendant. | : | |

**ORDER APPOINTING THE PUBLIC DEFENDER AS COUNSEL**

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon the Court's *Sua Sponte* Order for Appointment of Counsel the Court appointed the Federal Public Defender.

IT IS ACCORDINGLY ORDERED that Thomas W. Anderson, Assistant Federal Public Defender for the Southern District of Ohio, be assigned to represent the Defendant in this case.

March 8, 2017

                  s/Sharon L. Ovington
                    Sharon L. Ovington
                  United States Magistrate Judge